### (April 23, 1979)

■ I. Bob Blumenthal, Respondent, v Accurate Chemical Scientific Corporation, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Nassau County, entered November 9, 1978, which is in favor of plaintiff upon the granting of plaintiff's motion for summary judgment in lieu of complaint. Judgment reversed, with $50 costs and disbursements, and plaintiff's motion for summary judgment is denied. There are issues of fact presented which necessitate a trial. Rabin, J. P., Gulotta, Margett and Martuscello, JJ., concur.

■ Crown Cream Co., Inc., Respondent, v Dynamite Food Enterprises, Inc., Defendant, and People's Institutional A. M. E. Church, Appellant.— In an action, *inter alia*, to recover on a contract of assignment, the defendant People's Institutional A. M. E. Church appeals, (1) as limited by its brief, from so much of an order of the Supreme Court, Queens County, dated August 10, 1978, as granted summary judgment to plaintiff and (2) from the judgment entered thereon on August 11, 1978. Appeal from the order dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment affirmed, without costs or disbursements. Mere conclusory assertions are insufficient to defeat a motion for summary judgment *(Freedman v Chemical Constr. Corp.,* 43 NY2d 260). Rabin, J. P., Gulotta, Margett and Martuscello, JJ., concur.

■ Door Knob Realty, Inc., Respondent, v James Northrop et al., Appellants.—Judgment of the Supreme Court, Suffolk County, entered June 14, 1977, affirmed, with costs, on the opinion of Mr. Justice Lazer at Trial Term. Damiani, J. P., Titone, Margett and Mangano, JJ., concur.